IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO MICHAEL BYRD, | : |
| Plaintiff, | : |
| v. | : |
| ANDREW M. SAUL, Commissioner of Social Security, | : CIVIL ACTION No. 18-5248-RAL |
| Defendant. | : |

**O R D E R**

**AND NOW** this 25th day of June, 2020, upon consideration of Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), ECF Doc. No. 24, the Commissioner's response thereto, ECF Doc. No. 25, and the Plaintiff's Reply, ECF Doc. No. 26 it is ORDERED that the Commissioner shall pay attorney's fees pursuant to EAJA to Plaintiff in the amount of $9,640.80. Fees are payable to Plaintiff. *See Astrue v. Ratliff*, 560 U.S. 586, 591 (2010) (holding award of EAJA fees are payable to plaintiff, not her attorney).

The reasons for this award are set forth in the Memorandum Opinion filed contemporaneously herewith.

**SO ORDERED.**

BY THE COURT:

_s/ Richard A. Lloret_____
**RICHARD A. LLORET**
**U.S. Magistrate Judge**